IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| MARK ALLEN, ET AL. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-10-176 |
| | § | |
| CITY OF TEXAS CITY | § | |

## O R D E R

It is **ORDERED,** in accordance with the previous agreement of the Parties, that "Plaintiffs' Motion to Abate Consideration of Defendant's Partial Motion for Summary Judgment on Affirmative Defenses of Unclean Hand(s) and Estoppel, on Plaintiffs' Salaried Status Under the FLSA and on Plaintiffs' State Law Claims" (Instrument no. 58) is **GRANTED**; the Court **WILL NOT** even consider that Motion (Instrument no. 53) until it has disposed of the "Defendant City of Texas City's Motion for Partial Summary Judgment on Training Time and Constitutionality of FLSA" (Instrument no. 52).

At an appropriate time in the future, the Court **WILL** discuss, with counsel of record, any further briefing needed to "ripen" the latter of the Defendant's Motions.

**DONE** at Galveston, Texas, this _____24th_____ day of August, 2011.

John R. Froeschner
United States Magistrate Judge