UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| MARK ALLEN, ET AL. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-10-176 |
| | § | |
| CITY OF TEXAS CITY | § | |

## ORDER OF DISMISSAL

On September 23, 2014, this Court received a telephone call from counsel of record for Defendant, City of Texas City, advising that an amicable settlement had been reached with Plaintiffs, Mark Allen, et al., but that circulation of the settlement document would require an unusually long period of time.

It is, therefore, **ORDERED** that this cause be, and it is hereby, **DISMISSED** on the merits without prejudice to the right of either Party to move for reinstatement within **ninety (90)** days upon presentation of adequate proof that the settlement could not be perfected.

It is further **ORDERED** that the Jury Trial set for Monday, December 1, 2014 at 9:30 a.m., is **CANCELLED**.

**DONE** at Galveston, Texas, this _____24th_____ day of September, 2014.

_____
John R. Froeschner
United States Magistrate Judge