IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARK ALLEN, et al. | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:10-cv-00176 |
| | § | |
| CITY OF TEXAS CITY, | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

Came on to be heard this 1st day of Oct. 2014, Plaintiffs' and Defendants' Joint Motion for Dismissal Pursuant To Settlement. The Court, finding the Settlement Agreement to fully resolves the issues before it, hereby grants the parties Joint Motion for Dismissal Pursuant to Settlement with Prejudice.

The Court further orders that each party to the litigation shall bear their own costs.

Entered this 1st day of October, 2014.

HONORABLE JOHN R. FROESCHNER
United States Magistrate Judge

11